IRVING GERBER, Appellant, *v.* JAROLD SHOPS, INC., Respondent.

Submitted February 23, 1954; decided March 4, 1954.

*Jay Leo Rothschild* for motion.

*Jacob W. Friedman* opposed.

Motion granted and appeal dismissed. [See 306 N. Y. 919; 307 N. Y. 694.]